IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                        CHAPTER 7

TODD L. DOUGLAS
JENNIFER A. DOUGLAS

       DEBTOR(S)                    BANKRUPTCY NO. 14-12385BIF

ORDER

AND NOW, this        day of              , it appearing that the trustee

in the above entitled matter has filed his report and that the trustee has performed all other

duties required in the administration of the debtor(s) estate, it is ORDERED that the trustee

be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

[   ]  If checked here, case to remain open until all parties are served Notice according to Rule 4004(g).

BY THE COURT:

_____
BRUCE I. FOX
UNITED STATES BANKRUPTCY JUDGE